No. 334, Misc. DUVAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.

No. 336, Misc. MARKS ET AL. v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. *John R. Snively* for petitioners.

No. 339, Misc. WELCH ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *James L. Treece* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald L. Bierman* for the United States.

No. 341, Misc. WATSON v. PATTERSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 343, Misc. MAGDALENO v. CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 344, Misc. PIERCE v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 346, Misc. SMITH v. RUSSELL, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 348, Misc. GROZA v. LEMMON. Sup. Ct. Cal. Certiorari denied.

No. 359, Misc. ROBERTS v. WARDEN, MARYLAND PENITENTIARY. Ct. App. Md. Certiorari denied.